### CAL GREEN v. THE STATE.

No. 6736.   Decided March 15, 1922.

**Intoxicating Liquor—Escape—Affidavit.**

Where it was made to appear by proper affidavit that appellant had escaped from custody pending the appeal in the instant case, and remains at large, the appeal must be dismissed.

Appeal from the Criminal District Court of Bowie. Tried below before the Honorable P. A. Turner.

Appeal from a conviction of the unlawful sale of intoxicating liquor; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

*Keeney & Dalby,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor. Punishment was assessed at confinement in the penitentiary for three years.

It is made to appear by proper affidavit that appellant, who was held in custody by the sheriff of Bowie County, Texas pending the appeal of this case, escaped therefrom on the 9th day of March, 1922, and still remains at large.

The appeal is therefore dismissed under the provisions of Article 912, Vernon's C. C. P.

*Dismissed.*